FERNÁNDEZ *v.* MOJICA.

APPEAL from the District Court of San Juan.

No. 4.—Decided June 7, 1905.

APPEAL—JURISDICTION.—The Supreme Court has no jurisdiction of an appeal taken from a judgment of a district court rendered on appeal from a municipal court in cases where the amount involved in such judgment does not exceed $300, even though the appeal may have been taken during the time that the Supreme Court had jurisdiction of such cases on appeal.

The facts are stated in the opinion.

*Messrs. Acuña and Méndez* for appellant.

*Messrs. Coll Cuchí and Antonsanti* for respondent.

Mr. Justice Wolf delivered the opinion of the court.

Guillermo Fernández filed a suit in the Municipal Court of Carolina against Eusebio Mojica for the sum of $500. The municipal court decided in favor of the defendant, and from the judgment of that court the plaintiff appealed to the District Court of San Juan. The said district court, on the 28th day of December, 1904, found in favor of the plaintiff for the sum of $250 and the defendant appealed to this court. The case was submitted for decision without argument on the 19th day of April, 1905. As the amount of the judgment of the district court is less than $300, and was heard by that court on appeal, the Act of March 9, 1905, takes away our jurisdiction and the case must be dismissed to follow the opinion and judgment in the case of *The American Railroad Company of Porto Rico* v. *Francisco Hernández,* decided on June 1, 1905. Ante p. 492.

*Dismissed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.